# IN THE COURT OF APPEALS OF THE STATE OF NEVADA

ROY DANIELS MORAGA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
 and
THE STATE OF NEVADA,
Real Party in Interest.

No. 76345-COA

FILED

DEC 19 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus seeks an order directing the Eighth District Court Clerk to send Roy Daniels Moraga copies of several documents. We have considered the petition, and we are not satisfied this court's intervention by way of extraordinary writ is warranted at this time. *See* NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Moraga has not provided this court with documents essential to address the matter raised in this petition. *See* NRAP 21(a)(4). Specifically, Moraga has not provided this court with any documentation demonstrating that he has sought the requested documents in the district court and the district court clerk has

18- 909443

refused to provide those documents. Accordingly, without deciding upon the merits of any claims raised, we

ORDER the petition DENIED.

_____, C.J.
Silver

_____, J.
Tao

_____, J.
Gibbons

cc: Roy Daniels Moraga
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk